# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| MUROD ALIEVICH SADIKOV, | : |
| *Petitioner*, | : Case No. 1:25-cv-826 |
| vs. | : Judge Jeffery P. Hopkins |
| ROBERT LYNCH, *et al.*, | : Magistrate Judge Kimberly A. Jolson |
| *Respondents*. | : |

## ORDER

Murod Alievich Sadikov brings this petition for a writ of habeas corpus under 28 U.S.C. § 2241. In order to preserve its jurisdiction, and pursuant to its authority under the All Writs Act, the Court **ORDERS** that Respondents shall neither remove Sadikov from this District nor allow him to be removed from this District unless or until the Court orders otherwise.[1] *See* 28 U.S.C. § 1651(a). This order should not be construed as an expression of the Court's views on the merits of this matter. *See Wheaton Coll. v. Burwell*, 573 U.S. 958, 959 (2014).

Summonses were issued on all Respondents on November 13, 2025. *See* Docs. 7 and 8. Counsel for Respondents shall promptly enter notices of appearance.

**IT IS SO ORDERED.**

November 13, 2025

Jeffery P. Hopkins
United States District Judge

---

[1] The Court's directive applies with equal force to any individual, group, or entity working in concert with or on behalf of Respondents.