**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

| | | |
|---|---|---|
| **MUROD ALIEVICH SADIKOV,** | : | **Case No. 1:25-cv-826** |
| | : | |
| **Petitioner,** | : | |
| | : | |
| | : | **Judge Jeffrey P. Hopkins** |
| **vs.** | : | |
| | : | |
| **ROBERT LYNCH, et al.,** | : | **Magistrate Judge Kimberly A. Jolson** |
| | : | |
| **Respondents.** | : | |
| | : | |

## ORDER TO SUBMIT JOINT PROPOSED SCHEDULING ORDER

Petitioner Murod Alievich Sadikov, a detainee at the Butler County Correctional Complex, in Hamilton, Ohio, has filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.  (Doc. 1).  The case has been referred to the Undersigned pursuant to 28 U.S.C. § 636(b) and General Order 22-05 regarding assignments and references to United States Magistrate Judges.

The parties are **ORDERED** to confer on a case schedule and file a joint proposed scheduling order no later than **December 1, 2025**.

**IT IS SO ORDERED.**

Date: November 19, 2025

/s/ Kimberly A. Jolson
KIMBERLY A. JOLSON
UNITED STATES MAGISTRATE JUDGE